UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| **CASEY BYRD,**<br>　　　Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive,**<br>　　　Defendant. | **Case No. 13-cv-00566-TLW**<br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff, CASEY BYRD, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days.  Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: August 13, 2013

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　　　　　By: /s/ Chauntel Bland
　　　　　　　　　　　　　　　　　　Chauntel Bland, Esq.
　　　　　　　　　　　　　　　　　　463 Regency Park Drive
　　　　　　　　　　　　　　　　　　Columbia SC 29210
　　　　　　　　　　　　　　　　　　Phone: (803) 319-6262
　　　　　　　　　　　　　　　　　　Fax: (866) 322-6815
　　　　　　　　　　　　　　　　　　chauntel.bland@yahoo.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Casey Byrd*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on August 13, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following:

Chad V. Echols (Fed. I.D. No. 9810)
The Echols Firm, LLC
P.O. Box 12645
Rock Hill, South Carolina 29731
(803) 329-8970
chad.echols@theecholsfirm.com
*ATTORNEY FOR DEFENDANTS*

By: /s/ Chauntel Bland
Chauntel Bland, Esq.