UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| CASEY BYRD, | ) | Civil Action No.: 5:13-00566-TLW |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PERFORMANT RECOVERY, INC.; | ) | |
| and DOES 1 through 10, inclusive, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL**

COME NOW Plaintiff Casey Byrd, Defendant Performant Recovery Inc., and DOES 1 through 10, inclusive, pursuant to Rule 41(a) of the South Carolina Rules of Civil Procedure, and stipulate that all claims herein against all parties are dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted on this the 9th day of September, 2013,

/s/ Chauntel Bland
Chauntel Bland, Esq.
463 Regency Park Drive
Columbia, SC  29210
(803) 319-6262
chauntel.bland@yahoo.com
*Attorney for Plaintiff*

/s/ Chad V. Echols
Chad V. Echols (Fed. I.D. No. 9810)
The Echols Firm, LLC
P.O. Box 12645
Rock Hill, SC 29731
(803) 329-8970
chad.echols@theecholsfirm.com
*Attorney for Defendant Performant Recovery, Inc.; and DOES 1 through 10, inclusive*